## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JENNIFER L. HOPPER,

  Plaintiff,

Vs.                         CASE NO.: 23-cv-01540-MSS-MRM

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and ALLY FINANCIAL, INC.,

  Defendants.
_____/

**NOTICE OF SETTLEMENT AS TO DEFENDANT, TRANS UNION LLC**

COMES NOW Plaintiff, JENNIFER L. HOPPER, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, TRANS UNION LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 20th day of September 2023.

                                    **/s/Christopher Legg**
                                    Christopher W. Legg, Esq- Lead Counsel
                                    Florida Bar Number: 0044460
                                    Primary Email:
                                    chris@theconsumerlawyers.com
                                    Secondary Email:
                                    lisa@theconsumerlawyers.com

                                    */s/ Octavio Gomez*

> Octavio "Tav" Gomez, Esquire
> FL Bar#: 0338620
> GA Bar#: 617963
> The Consumer Lawyers, PLLC
> 412 E. Madison St, Ste 916
> Tampa, FL 33602
> Tele: 813-299-8537
> Fax: 844-951-3933
> tav@theconsumerlawyers.com
> lisa@theconsumerlawyers.com
> Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed on this 20th day of September, 2023, via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

> /s/ Christopher Legg
> Christopher W. Legg, Esq
> Florida Bar Number: 0044460
> The Consumer Lawyers, PLLC