UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JENNIFER L. HOPPER,

    Plaintiff,

v.                                    Case No. 8:23-CV-01540-MSS-MRM

EQUIFAX INFORMATION
SERVICES, LLC, EXPERIAN
INFORMATION SOLUTIONS,
INC., TRANS UNION,LLC,
and ALLY FINANCIAL, INC.,

    Defendants.
_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.

COMES NOW Plaintiff, JENNIFER L. HOPPER., by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

DATED this 27th day of September 2023.

1

/s/Christopher Legg
Christopher W. Legg, Esq.
Florida Bar #: 0044460
The Consumer Lawyers, PLLC
412 E. Madison Street, Suite 916
Tampa, Florida 33602
Phone: (813) 299-8537
Facsimile: (844) 951-3933
Primary Email:
Chris@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed on this 27th day of September 2023, via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

/s/Christopher Legg
Christopher W. Legg, Esq.
Florida Bar #: 0044460
*Attorney for Plaintiff*