UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JENNIFER L. HOPPER,

    Plaintiff,

v.                                                Case No. 8:23-CV-01540-MSS-MRM

EQUIFAX INFORMATION
SERVICES, LLC, EXPERIAN
INFORMATION SOLUTIONS,
INC., TRANS UNION,LLC,
and ALLY FINANCIAL, INC.,

    Defendants.
_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT, ALLY FINANCIAL, INC.

COMES NOW Plaintiff, JENNIFER L. HOPPER, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, ALLY FINANCIAL, INC.., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 24th day of October, 2023.

                                                               /s/Christopher Legg
                                                               Christopher W. Legg, Esq.
                                                               Florida Bar #: 0044460

>The Consumer Lawyers, PLLC
>412 E. Madison Street, Suite 916
>Tampa, Florida 33602
>Phone: (813) 299-8537
>Facsimile: (844) 951-3933
>Primary Email:
>Chris@theconsumerlawyers.com
>Secondary Email:
>Lisa@theconsumerlawyers.com
>*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via E-Mail on this 24th day of October, 2023 to:

Gillian D. Williston, Esq.
Gillian.williston@troutman.com

>**/s/Christopher Legg**
>Christopher W. Legg, Esq.
>Florida Bar #: 0044460
>*Counsel for Plaintiff*